**Order entered March 9, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00233-CV

### IN RE JANINE CHARBONEAU, Relator

**Original Proceeding from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-04514-2017**

## ORDER

Before Justices Lang-Miers, Fillmore, and Stoddart

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of
mandamus. We **ORDER** relator to bear the costs, if any, of this original proceeding.

/s/     ELIZABETH LANG-MIERS
        JUSTICE